# EXHIBIT

# A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See privacy Act Statement before completing this form | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Florida Commission on Human Relations _____ and EEOC
State or local Agency

| NAME (Indicate Mr., Ms., or Mrs.)<br>Ms. Deborah Jones | HOME TELEPHONE NO. (Include Area Code)<br>(904) 885-9049 | |
|---|---|---|
| STREET ADDRESS<br>1964 New Berlin Road | CITY, STATE AND ZIP CODE<br>Jacksonville, Florida 32218 | DATE OF BIRTH<br>12-08-52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>Jacksonville Sheriff's Office | NO. OF EMPLOYEES/MEMBERS<br>15+ | TELEPHONE NUMBER (Include Area Code)<br>(904) 630-7410 |
|---|---|---|
| STREET ADDRESS<br>500 E. Adams Street | CITY, STATE AND ZIP CODE<br>Jacksonville, FL 32202 | COUNTY<br>Duval |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))<br>☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST June 2013   LATEST April 2014<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s),

Charging Party (CP) became employed by Responding Party (RP) in June 2013. CP is a Physician Assistant, and she was assigned to work in RP's mental health division of the medical unit of the RP's detention facility. CP reported to Dr. Tan Cao, who engaged in an ongoing pattern of harassing, belittling, and intimidating CP based on her gender and age. Dr. Cao repeatedly yelled at CP, and demeaned by belittling and bullying CP in front of nurses, counselors, and other support staff. Dr. Cao was responsible for training CP and was openly rude and impatient, critical of CP ideas, observations, and actions. Dr. Cao made comments in front of others in a manner that implied CP was stupid. On other occasions RP was dismissive of CP, refusing to answer questions, stating, "you should already know" or "I'm too busy." In approximately October 2013 Dr. Cao engaged in a tirade in which he call CP an "old, demented, worthless, whore" because of the fact that CP is a divorced, older woman. On one evening in early February 2014 Dr. Cao was departing the office with another staff member who mentioned to CP to be careful due to reports of inmates hanging around in the dark parking lot and Dr. Cao retorted, "No need to worry; they don't rape old ugly women!"

Based on these facts, CP states that RP created and maintained a hostile work environment based on her gender and age. CP complained about Dr. Cao's conduct to the Chief of the medical unit, Alvaro Diaz. In response to her complaint, CP was notified on April 21, 2014 that she would be placed on unpaid leave. RP has not returned her to employment and CP has been effectively terminated. CP's termination resulted from the age and gender discrimination as well as retaliation for reporting such discrimination.

CP requests a finding of cause or reasonable cause and an award of all damages available under the State and Federal Statutes, including but not limited to front and back wages, compensatory damages, pain and suffering and emotional distress damages, pre- and post- judgment interest, and attorney's fees and costs as well as any other damages available under the statutes.

CP requests that all communications be sent through her attorney, T.A. Delegal III, DELEGAL LAW OFFICES, P.A., 424 E Monroe St, Jacksonville, FL. 32202. E-mail address tad@delegal.net.

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge ant that the above charge and that it is true and correct to the best of my knowledge, information and belief |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date: 6·18·14 | SIGNATURE OF COMPLAINANT<br>[signature]<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>Toni Dover-Trace 6/18/14 |