# EXHIBIT B

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Deborah Jones<br>1964 New Berlin Road<br>Jacksonville, FL 32218 | From: Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2014-03855 | Yolanda Ramirez,<br>Investigator | (305) 808-1767 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Malcolm S. Medley,
District Director

AUG 24 2015
(Date Mailed)

Enclosures(s)

cc:  Rita M. Mairs
General Counsel
JACKSONVILLE SHERIFF'S OFFICE
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202

T.A. Tad Delegal, III
DELEGAL LAW OFFICES, P.A.
424 East Monroe Street
Jacksonville, FL 32202

Enclosure with EEOC

Filing # 34066335 E-Filed 11/04/2015 02:46:40 PM

## JOHN BRADLEY & ASSOCIATES
## ORIGINAL RETURN OF SERVICE

**Control NO. P15-544**

| Deborah Jones | | The City of Jacksonville et al | Summons, Complaint for relief and demand for jury trial, notice of filing exhibits to complaint, exhibit A | 2015-CA-6676 |
|---|---|---|---|---|
| (PLAINTIFF) | VS | (DEFENDANT) | TYPE OF PROCESS | CASE # |
| | | Circuit Court, Duval County, Florida | | |

Summons, Complaint for relief and demand for jury trial, notice of filing exhibits to complaint, exhibit A
(COURT)

| ATTORNEY: T.A. Delegal III, Esq. | TO: The City of Jacksonville |
|---|---|
| Delegal Law Offices<br>424 East Monroe Street<br>Jacksonville, Florida 32202 | Office of the General Counsel<br>ADDRESS: Jason Gabriel<br>117 W. Duval Street, Suite 480<br>Jacksonville, Florida 32202 |

SUMMONS, COMPLAINT FOR RELIEF AND DEMAND FOR JURY TRIAL, NOTICE OF FILING EXHIBITS TO COMPLAINT, EXHIBIT A

RECEIVED THIS PROCESS AT 3:00 PM ON THE **2ND** DAY OF **NOVEMBER** A.D. 2015 AND SERVED THE SAME ON **CITY OF JACKSONVILLE** (CORPORATE) THE WITHIN NAMED (**DEFENDANT**) AT **10:47 AM.** ON THE **4TH** DAY OF **NOVEMBER** A.D. 2015 IN DUVAL COUNTY, FLORIDA.

SUMMONS, COMPLAINT FOR RELIEF AND DEMAND FOR JURY TRIAL, NOTICE OF FILING EXHIBITS TO COMPLAINT, EXHIBIT A

**JB** CORPORATE: BY DELIVERING A TRUE COPY OF THE PROCESS WITH DATE AND HOUR OF SERVICE ENDORSED BY ME AND A COPY OF THE SUMMONS, COMPLAINT FOR RELIEF AND DEMAND FOR JURY TRIAL, NOTICE OF FILING EXHIBITS TO COMPLAINT, EXHIBIT A TO: KIMBERLY BEATON AS **LEGAL ASSISTANT** OF SAID CORPORATION IN THE ABSENCE OF THE PRESIDENT, VICE-PRESIDENT, SECRETARY, GENERAL MANAGER, DIRECTORS OR ANY OFFICERS OF THE SAID CORPORATION (AS DEFINED IN F.S.48.081 AND F.S.48.091)

*JA Bradley*
John Bradley #085
SPECIAL PROCESS SERVER, DULY APPOINTED AND
QUALIFIED PURSUANT TO F.S.48.021(2).

WHITE – Court Clerk        CANARY – Attorney or Plaintiff        PINK – File Copy        GREEN - Server's Worksheet

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 11/05/2015 11:29:33 AM