# EXHIBIT A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See privacy Act Statement before completing this form | ☒ FEPA ☒ EEOC | |

Florida Commission on Human Relations _____ and EEOC
State or local Agency

| NAME (Indicate Mr., Ms., or Mrs.) Ms. Deborah Jones | HOME TELEPHONE NO. (Include Area Code) (904) 885-9049 |
|---|---|
| STREET ADDRESS ███ | CITY, STATE AND ZIP CODE Jacksonville, Florida ███ | DATE OF BIRTH ███-52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME Jacksonville Sheriff's Office | NO. OF EMPLOYEES/MEMBERS 15+ | TELEPHONE NUMBER (Include Area Code) (904) 630-7410 |
|---|---|---|
| STREET ADDRESS 500 E. Adams Street | CITY, STATE AND ZIP CODE Jacksonville, FL 32202 | COUNTY Duval |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: June 2013    LATEST: April 2014
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s),

Charging Party (CP) became employed by Responding Party (RP) in June 2013. CP is a Physician Assistant, and she was assigned to work in RP's mental health division of the medical unit of the RP's detention facility. CP reported to Dr. Tan Cao, who engaged in an ongoing pattern of harassing, belittling, and intimidating CP based on her gender and age. Dr. Cao repeatedly yelled at CP, and demeaned by belittling and bullying CP in front of nurses, counselors, and other support staff. Dr. Cao was responsible for training CP and was openly rude and impatient, critical of CP ideas, observations, and actions. Dr. Cao made comments in front of others in a manner that implied CP was stupid. On other occasions RP was dismissive of CP, refusing to answer questions, stating, "you should already know" or "I'm too busy." In approximately October 2013 Dr. Cao engaged in a tirade in which he call CP an "old, demented, worthless, whore" because of the fact that CP is a divorced, older woman. On one evening in early February 2014 Dr. Cao was departing the office with another staff member who mentioned to CP to be careful due to reports of inmates hanging around in the dark parking lot and Dr. Cao retorted, "No need to worry; they don't rape old ugly women!"

Based on these facts, CP states that RP created and maintained a hostile work environment based on her gender and age. CP complained about Dr. Cao's conduct to the Chief of the medical unit, Alvaro Diaz. In response to her complaint, CP was notified on April 21, 2014 that she would be placed on unpaid leave. RP has not returned her to employment and CP has been effectively terminated. CP's termination resulted from the age and gender discrimination as well as retaliation for reporting such discrimination.

CP requests a finding of cause or reasonable cause and an award of all damages available under the State and Federal Statutes, including but not limited to front and back wages, compensatory damages, pain and suffering and emotional distress damages, pre- and post- judgment interest, and attorney's fees and costs as well as any other damages available under the statutes.

CP requests that all communications be sent through her attorney, T.A. Delegal III, DELEGAL LAW OFFICES, P.A., 424 E Monroe St, Jacksonville, FL. 32202. E-mail address tad@delegal.net.

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6·18·14

NOTARY -(When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge ant that the above charge and that it is true and correct to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT
[signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
Moni Dover-Trace  6/18/14

# EXHIBIT B

EEOC Form 161-B (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Deborah Jones<br>Jacksonville, FL 32218 | From: Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2014-03855 | Yolanda Ramirez,<br>Investigator | (305) 808-1767 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Ritzer Santos Wright*

Malcolm S. Medley,
District Director

AUG 2 4 2015
(Date Mailed)

Enclosures(s)

cc: Rita M. Mairs
General Counsel
JACKSONVILLE SHERIFF'S OFFICE
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202

T.A. Tad Delegal, III
DELEGAL LAW OFFICES, P.A.
424 East Monroe Street
Jacksonville, FL 32202

Enclosure with EEOC