UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH JONES,

      Plaintiff,

vs.                         CASE NO.:  3:15-cv-1410-J-34JRK

THE CITY OF JACKSONVILLE, et al.,

      Defendant.

_____

## <u>AMENDED MEDIATOR'S REPORT</u>

      In accordance with the Court's mediation order(s), a mediation conference was held on January 30, 2017, and the results of that conference are indicated below:

      A.    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

     __X__ All individual parties and their respective trial counsel.

     __X__ Designated corporate representatives.

     __X__ Required claims professionals.

     _____ Others: _____

          _____

          _____

      B.    The following individuals, parties, corporate representatives, and/or claims professionals <u>failed</u> to appear and/or participate as ordered:

     <u>NONE</u>_____

     _____

      C.    The outcome of the mediation conference was:

     _____ **<u>The case has been completely settled</u>**.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____ **The conference was continued** with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

___X___ **The parties have reached an impasse**.

**Done this** __24___ day of February, 2017, in Jacksonville, Duval County, Florida.

RESPECTFULLY SUBMITTED,

**s/ Gregg L. Wirtz_____**
GREGG L. WIRTZ - **Mediator**
Florida Bar No.:  241644
Certification No: 8536R
231 East Adams Street
Jacksonville, FL  32202
(904) 493-5001
(904) 493-5004 - FAX
gwirtz@bendinc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this __24__ day of February, 2017, that a copy of the foregoing was filed using the CM/ECF system, which will electronically notify the following parties:

James C. Poindexter, Esquire (james@delegal.net)
Thomas A. Delegal, III, Esquire (tad@delegal.net)
James L. D'Andrea, Esquire (jdandrea@miltonleach.com)
Wendy Elizabeth Byndloss, Esquire (wbyndloss@coj.net)

**s/ Gregg L. Wirtz_____**
GREGG L. WIRTZ