# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEBORAH JONES, an individual,

    Plaintiff,

vs.
                                   Case No.: 3:15-cv-01410-J-34JRK

THE CITY OF JACKSONVILLE, a municipal
corporation in the State of Florida,

    Defendant.

_____/

## DECLARATION OF MICHELLE CRAUN

MICHELLE CRAUN does hereby submit this declaration pursuant to 28 U.S.C. § 1746, and states as follows:

1. My name is Michelle Craun, I am over the age of 18 and I have personal knowledge of the information in this statement. My date of birth is September 11, 1970.

2. I am professionally licensed as a family and marital therapist and have worked as a mental health professional since 2005.

3. From 2010 to 2014 I worked in the mental health section at the jail for the City of Jacksonville as a counselor.

4. During this time I interacted with Deborah Jones while she was working as a Physician Assistant and with Dr. Tan Cao while he was working as

the psychiatrist in the mental health section. In addition to my own interactions with Ms. Jones and Dr. Cao, I observed them both interacting with other employees and with one another.

5. Ms. Jones was conscientious about her work, and she went above and beyond in her efforts to see patients and worked hard to learn the system. I never witnessed her acting disrespectfully to anyone, including Dr. Cao. For the most part, there was a general sense of camaraderie in the mental health section and Ms. Jones fit in.

6. Dr. Cao had a tendency to be flirtatious with the younger, attractive women in the office. He paid special attention to us and we knew who he liked. He had a heavy accent that occasionally made him difficult to understand, but he patiently repeated directions to me when I asked him to. He would sit with me and socialize and laugh. I saw him pay similar attention to other younger, pretty women on the staff.

7. But not with Deborah Jones. She was one of the older women in the group and Dr. Cao treated her with seething contempt. He regularly spoke to her in a degrading manner in the presence of other employees. I specifically remember him calling her stupid and I remember his tone in addressing her being so humiliating that everyone around them stopped what they were doing and went silent.

8. I never saw Dr. Cao treat another person in the office the way he treated Ms. Jones.

9. In my observation, Dr. Cao treated Ms. Jones in this manner consistently, which made it very difficult for her to approach him in the office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of March, 2017.

_____
MICHELLE CRAUN