"Thank you for your time"
Stay distant from everyone up there
Rieko and Kate incident - lots of things going up there that you don't see.
Come here to work and work well.
I see in her good motivation
middle aged woman to help w/ my work.
1st she listened to my suggestion.
Became confrontational to me.
Kate/Mindy have issues they come to me
Raising voice - Rieko says you talk different with some.
Makes her feel small, raise voice
record the conversation and she allowed me.
Object to use whenever but not all time.
Late to leave - Mindy escort but
D. Jones - sees 1-4 pts and Dr. Cao sees 5-6 pts.
lunch over hour sometimes
Mindy leaving w/ Dr. Cao - joke
no bad intentions not talking about her.
- regretful protocol - what are you talking about? sometimes she can't understand my language.
Attitude of D. Jones, attitude of area/environment
- concentration - Ernesti,          "I made a mistake by choosing her"
Dr. Cao - I will resign - too much pressure

COJ 000008