Lang, Brigette

| | |
|---|---|
| **From:** | Barnes, Dana |
| **Sent:** | Tuesday, April 15, 2014 4:18 PM |
| **To:** | Diaz, Alvaro A.; Cao, Tan |
| **Cc:** | Watkins-Brown, Kena .; Scott, Danette S. |
| **Subject:** | RE: CONFIDENTIAL: MH - QA review |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

4/7/14- Trip sheet <u>to ER for "AMS" by J. Walters, there is NO note in the EMR</u> as to how the patient was brought to the attention of the nurse or why the nurse decided to send him to the ER. There is <u>no time noted on the trip sheet</u> as to when he sent the patient out.

4/7/14- Poor documention by PA Khan as to the patient's mental status and what the injuries were or how he was injured. The trip sheet (by the ER doc) does note the bruising and rib pain. <u>Since the trip sheet reason was AMS then there should be adequate evaluation of his mental status</u>, especially if he is refusing medical care.

4/7/14- Agree with P.G. that the chest discomfort is likely from the injured rib however ACS cannot be excluded from his note so would have liked to see more documentation about the history/quality/characteristics/associated symptoms from him. There was a provider here at that time if he was concerned but if he was genuinely sure this was not cardiac he <u>should have documented the pertinent negatives</u>, especially in light of his elevated BP.

4/9/14- D. Jones orders meds, unfortunately "Stat" orders do not show a time given so the <u>RN giving the medicine should be documenting the time of administration on the MAR</u>. P. Gaughan did document the admin time (16:50) in his encounter note. It is not clear to me why the Benadryl is ordered and administered <u>twice</u> (once by PG and once by JFeazel) that same day.

4/11/14- K. Bell, unclear what she meant by "prior episode may have been drug induced" since there is no reference to him using drugs.

4/11/14- First note from M. Lemarque seems to have been from 4/9? Notes written remotely from time of evaluation <u>must document the actual time of evaluation.</u> Great evaluation and management appropriate (referral to Dr. Cao/Baker Act) but it is not clear to me <u>why having received an ETO precludes this decision</u>? The <u>last portion of that note seems to undermine the ARNP's management decision</u> which, from a risk management standpoint, is not the best way to document.

4/11/14- Second note from M.L. documents day of visit.

4/15/14- Has been 4 days since someone checked on him?

*Dana Barnes, MD*
*Jacksonville Sheriff's Office*
*500 East Adams Street*
*Jacksonville, Florida 32202*
*(904) 630-7412*

**From:** Diaz, Alvaro A.
**Sent:** Tuesday, April 15, 2014 1:51 PM
**To:** Cao, Tan; Barnes, Dana; Scott, Danette S.; Watkins-Brown, Kena .
**Subject:** CONFIDENTIAL: MH - QA review

1

COJ_000191

Good afternoon,

I consider you the experts in your respective areas. Please help me reviewing the attached case for QA purposes. Please point out any issues or faults that need to be corrected or improved.

Thanks,

Al Diaz
**Chief of Health Services**
**Department of Corrections**
**Jacksonville Sheriff's Office**
**500 E Adams St - PTDF - M4**
**(904) 630-7422**
**Fax (904) 630-4945**

**CONFIDENTIAL NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.