# Lang, Brigette

**From:** Watkins-Brown, Kena .
**Sent:** Tuesday, April 15, 2014 5:18 PM
**To:** Diaz, Alvaro A.; Cao, Tan; Barnes, Dana; Scott, Danette S.
**Subject:** RE: CONFIDENTIAL: MH - QA review

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

My QA is as followed:
- 4/6/14 : screening note regarding patients self-report of hosp visit on 4/4/14 for right sided numbness but refused care. This was not verified.
- 4/7/14: I see a note from provider SK regarding an ER return but there is no encounter to why this patient was sent to the ER. Only trip sheet in timeline. Documentation regarding ER return is not very clear to what injuries the patient had , nor did it state how the patient mental status was only that he was refusing treatment.
- 4/7/14: Comes back to the clinic and seen by nursing for chest discomfort and at that time deem it to be related to his injuries. Did not make reference to his elevated B/P unless the phrase that he writes " elevated on the 1st night" was where he was referring to his B/P.
- 4/9/14: Seen by MH who has documentation regarding the patients behavior, but do not document in her note what plan of care would be provided to this patient however note on 5:42 from PG shows that he gave Haldol which should have been documented in MAR as it is in the encounter. As mention more documentation regarding treatment plan should have been included in the MH providers note
- 4/9/14: Provider comes back 2 hours later and expand on her first noted I assume is regarding her first note? It is not clear to why this happen , also not sure to why the patient received two doses of Benadryl.
- 4/10/14 No documentation , however under the date 4/11/14 see the note regarding the visit for 4/10/14 need to make more reference to this as "Late entry"
- 4/11/14: unclear to what KB meant by prior episode "may have been drug induced" since no note reference to him every taking any drugs, in fact patient was refusing treatment initially.
- 4/11/14: seen again by ML regarding evaluation and plan of care and verifying a definitive DX of Paranoid Schizophrenia.
- As of today patient has not been started on meds or seen by MH, how is this patient doing today. When is the next mental health rounds? No diagnosis in overview regarding the verification of his mental status. No Vital signs to eval elevated B/P.

---

**From:** Diaz, Alvaro A.
**Sent:** Tuesday, April 15, 2014 1:51 PM
**To:** Cao, Tan; Barnes, Dana; Scott, Danette S.; Watkins-Brown, Kena .
**Subject:** CONFIDENTIAL: MH - QA review

Good afternoon,

I consider you the experts in your respective areas. Please help me reviewing the attached case for QA purposes. Please point out any issues or faults that need to be corrected or improved.

Thanks,

Al Diaz
Chief of Health Services
Department of Corrections

1

Jacksonville Sheriff's Office
500 E Adams St - PTDF - M4
(904) 630-7422
Fax (904) 630-4945

**CONFIDENTIAL NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

# Lang, Brigette

**From:** Cao, Tan
**Sent:** Tuesday, April 15, 2014 6:04 PM
**To:** Diaz, Alvaro A.
**Subject:** RE: CONFIDENTIAL: MH - QA review
**Attachments:** Mental Health Case Review.docx

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good afternoon Chief Diaz,

Enclosed is my review about the case you requested.
Please review and advise.

My regards.

Tan

**From:** Diaz, Alvaro A.
**Sent:** Tuesday, April 15, 2014 1:51 PM
**To:** Cao, Tan; Barnes, Dana; Scott, Danette S.; Watkins-Brown, Kena .
**Subject:** CONFIDENTIAL: MH - QA review

Good afternoon,

I consider you the experts in your respective areas. Please help me reviewing the attached case for QA purposes. Please point out any issues or faults that need to be corrected or improved.

Thanks,

Al Diaz
Chief of Health Services
Department of Corrections
Jacksonville Sheriff's Office
500 E Adams St - PTDF - M4
(904) 630-7422
Fax (904) 630-4945

**CONFIDENTIAL NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

Mental Health Case Review (# 2014008862)

In reviewing the key incidents, there are some issues which could call for attentions:

1- The patient had been seen earlier by the MHC for initial mental evaluation which revealed that the patient had been treated for mental illness diagnosed with schizophrenia paranoid (according to his wife) at Jamaica Hospital (Queens, NY) and in Memorial Hospital (2013) in Jacksonville. However the details of available information of medications are unknown, and the patient had been also reported by his wife to be non-compliant with recommendations from the hospitals.

2- By the time the provider(DJ) met with the patient on Wednesday 4/09/14, there was no report of his aggressive behavior (even though, later the provider expanded her note to include the report from the CO that the patient did attempt to kick an officer earlier that day. The ETO was ordered for what the diagnosis was given with acute psychosis, Haldol 5 mg IM and Benadryl 50 mg IM were administered with no clear indication (when less aggressive use of medication could be considered, for example Ativan).

3- The patient was seen again by the MHC after patient received ETO on Wednesday, noted that

"April 9, 2014. Pt. reported not sleeping all night. However, per CO's patient "took a long time to fall asleep but fell asleep for a little while." Pt. inquired about when he was able to return to his home. Pt. appeared anxious with no depressive symptoms or mania noted. Pt. appeared confused and delusional as pt reported, that he still has to cook and get cleaned up. Pt. reported, needing to get ready because he was going to the beach. Pt. repeatedly denied current s/h/l and a/v/h. Pt. stated, "please call my wife and tell her to come see me." Counselor informed patient that counselor communicated with his spouse and will make plans to see him soon. Pt. appeared somewhat at ease with the news provided to him about telephone contact with spouse. Pt. asked counselor to get an orange for patient. Pt. appeared tired with low energy level but visibly anxious and restless. Overall, pt appeared with some improvement as he was not urinating or said to be spreading feces. "

4- There was no effective communication between the MHC and the provider which could help the management for the best benefit to patient's safety (considering mental illness history, general physical heath, appropriate use of ETO... ) and continued follow up.

COJ_000194