Injections administered

Jacksonville Sheriff's Office - 01-01-2013 to 12-31-2014

| Medication | Dosage | Patient Name | Date | Actual End | Patient Location - Building | Attending Prov |
|---|---|---|---|---|---|---|
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 3/25/2014 | 5/29/2014 | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 5/30/2014 | 7/28/2014 | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 7/29/2014 | 9/25/2014 | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 9/26/2014 | 10/13/2014 | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 9/27/2014 | 9/25/2014 | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 4/9/2014 | 4/9/2014 | | Deborah A Jones, PA-C |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 4/9/2014 | 4/9/2014 | | Deborah A Jones, PA-C |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 6/24/2014 | | PDF | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 8/18/2014 | 8/18/2014 | | Linda Richo, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 7/18/2014 | 7/18/2014 | PDF | Kena Watkins-Brown, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 7/18/2014 | 7/19/2014 | PDF | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 1/6/2014 | 1/6/2014 | | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 1/7/2014 | | | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 1/11/2014 | 1/11/2014 | | Kena Watkins-Brown, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 2/5/2014 | 2/5/2014 | | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 11/8/2014 | 11/8/2014 | | Zehra Cumber, DO |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 1/3/2014 | 1/3/2014 | PDF | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 12/11/2014 | 12/11/2014 | OTHR | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 5/6/2014 | | PDF | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 10/13/2014 | 10/13/2014 | | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 9/18/2014 | 9/18/2014 | | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 8/15/2014 | 8/15/2014 | OTHR | Sohail Khan, PA |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 6/3/2014 | 6/3/2014 | | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 3/24/2014 | | | Brenda Luna, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 5/16/2014 | 5/16/2014 | PDF | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 3/16/2014 | 3/17/2014 | | Tan Cao, MD |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 3/30/2014 | | | Kena Watkins-Brown, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 3/30/2014 | 3/30/2014 | | Kena Watkins-Brown, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 12/18/2013 | | | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 12/9/2013 | | PDF | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 2/15/2014 | 2/15/2014 | PDF | Zehra Cumber, DO |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 10/21/2014 | 10/21/2014 | | Linda Richo, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 6/14/2014 | 6/14/2014 | | Kena Watkins-Brown, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 5/21/2014 | 5/21/2014 | | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 2/13/2014 | | | Win Tate, ARNP |
| Diphenhyd. 50mg/ml vial | 50MG/ML | | 2/13/2014 | 2/13/2014 | | Win Tate, ARNP |
| Haloperidol 2mg/ml Conc | 2MG/ML | | 12/23/2014 | 12/23/2014 | | Dana C Barnes, MD |
| Haloperidol 2mg/ml Conc | 2MG/ML | | 12/7/2013 | 1/10/2014 | | Tan Cao, MD |
| Haloperidol 5mg/ml SDV | 5MG/ML | | 4/9/2014 | 4/9/2014 | | Deborah A Jones, PA-C |
| Haloperidol 5mg/ml SDV | 5MG/ML | | 3/6/2014 | 3/6/2014 | | Dana C Barnes, MD |
| HALOPERIDOL LACT MDV | 5MG/ML | | 8/29/2014 | 8/29/2014 | PDF | Tan Cao, MD |
| HALOPERIDOL LACT MDV | 5MG/ML | | 10/10/2014 | 10/10/2014 | OTHR | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 4/15/2014 | 4/15/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/13/2014 | 10/13/2014 | | Sohail Khan, PA |
| LORazepam 2mg/ml MDV | 2MG/ML | | 1/10/2014 | 1/10/2014 | PDF | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 5/2/2014 | | | Zehra Cumber, DO |

COJ_000240

| Drug | Strength | | Date 1 | Date 2 | Type | Provider |
|---|---|---|---|---|---|---|
| LORazepam 2mg/ml MDV | 2MG/ML | | 11/8/2014 | | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 11/8/2014 | | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 6/15/2014 | 6/15/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 7/16/2014 | 7/16/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 1/7/2014 | 2/13/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 12/23/2014 | 12/23/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/15/2014 | 10/15/2014 | PDF | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 4/14/2014 | 4/14/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 3/13/2014 | 3/13/2014 | OTHR | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 9/24/2014 | 9/24/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 9/16/2014 | 9/16/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 6/11/2014 | 6/11/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 11/2/2014 | 11/2/2014 | PDF | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 7/17/2014 | 7/17/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 8/25/2014 | 8/25/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 4/17/2014 | 4/17/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 11/1/2014 | 11/1/2014 | PDF | Sohail Khan, PA |
| LORazepam 2mg/ml MDV | 2MG/ML | | 8/22/2014 | 8/22/2014 | OTHR | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 9/4/2014 | | OTHR | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 8/20/2014 | 8/20/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 9/2/2014 | 9/2/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/25/2014 | 10/25/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 7/3/2014 | | | Sohail Khan, PA |
| LORazepam 2mg/ml MDV | 2MG/ML | | 8/15/2014 | 8/15/2014 | MCC | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 9/3/2014 | 9/3/2014 | PDF | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 8/29/2014 | 8/29/2014 | PDF | Sohail Khan, PA |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/9/2014 | 10/9/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/25/2014 | 10/25/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/27/2014 | 10/27/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml MDV | 2MG/ML | | 10/10/2014 | 10/10/2014 | OTHR | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 8/7/2014 | 8/7/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 9/3/2014 | 9/3/2014 | PDF | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/14/2014 | 4/14/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/18/2014 | 4/18/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/23/2014 | 4/23/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/24/2014 | 4/24/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/24/2014 | 4/24/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/25/2014 | 4/25/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/25/2014 | 4/25/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 3/6/2014 | 3/6/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 2/18/2014 | 2/18/2014 | PDF | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 10/14/2014 | 10/14/2014 | PDF | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 9/16/2014 | 9/16/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 10/25/2014 | 10/25/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/5/2014 | 7/5/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 10/11/2014 | 10/11/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 8/9/2014 | 8/9/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 8/9/2014 | 8/9/2014 | | Zehra Cumber, DO |

| Medication | Strength | | Date 1 | Date 2 | Format | Provider |
|---|---|---|---|---|---|---|
| LORazepam 2mg/ml Solution | 2MG/ML | | | 8/15/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | | 8/15/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 10/18/2014 | 10/18/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/29/2014 | 4/29/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/11/2014 | 7/12/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 2/12/2014 | 2/12/2014 | PDF | Linda Richo, ARNP |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/9/2014 | 7/9/2014 | PDF | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/13/2014 | 7/13/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/13/2014 | 7/13/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/13/2014 | 7/13/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 9/11/2014 | 9/11/2014 | PDF | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 2/24/2014 | 2/24/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 3/4/2014 | | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 11/8/2014 | | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/13/2014 | 7/13/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/29/2014 | 4/29/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 4/29/2014 | 4/29/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 6/21/2014 | 6/21/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 5/20/2014 | 5/20/2014 | | Dana C Barnes, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 12/13/2013 | 12/13/2013 | | Tan Cao, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 10/25/2014 | 10/25/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/12/2014 | 7/12/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 7/13/2014 | 7/13/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 3/16/2014 | 3/16/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 3/17/2014 | 3/17/2014 | | Tan Cao, MD |
| LORazepam 2mg/ml Solution | 2MG/ML | | 6/7/2014 | 6/7/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 3/2/2014 | 3/2/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 9/6/2014 | 9/6/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 9/6/2014 | 9/6/2014 | PDF | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 5/4/2014 | 5/4/2014 | | Zehra Cumber, DO |
| LORazepam 2mg/ml Solution | 2MG/ML | | 2/11/2014 | 2/11/2014 | | Win Tate, ARNP |
| LORazepam 2mg/ml Solution | 2MG/ML | | 2/19/2014 | | | Dana C Barnes, MD |
| Lorazepam 4mg/ml Inj MDV | 4MG/ML | | 10/16/2014 | | PDF | Dana C Barnes, MD |
| Lorazepam 4mg/ml Inj MDV | 4MG/ML | | 10/16/2014 | | PDF | Dana C Barnes, MD |
| Lorazepam 4mg/ml Inj MDV | 4MG/ML | | 6/30/2014 | | | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 4/23/2014 | 4/23/2014 | | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 7/11/2014 | 7/11/2014 | | Win Tate, ARNP |
| LORAZEPAM | 2MG/ML | | 11/15/2014 | 11/5/2014 | | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 4/29/2014 | | | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 8/19/2014 | 8/19/2014 | | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 7/11/2014 | 7/11/2014 | | Win Tate, ARNP |
| LORAZEPAM | 2MG/ML | | 6/1/2014 | 6/1/2014 | | Zehra Cumber, DO |
| LORAZEPAM | 2MG/ML | | 7/15/2014 | | PDF | Dana C Barnes, MD |
| LORAZEPAM | 2MG/ML | | 8/14/2014 | 8/14/2014 | PDF | Zehra Cumber, DO |
| Olanzapine 10mg Inj | 10MG | | 2/5/2014 | 2/5/2014 | | Sohail Khan, PA |
| Olanzapine 10mg Inj | 10MG | | 3/16/2014 | 3/16/2014 | | Zehra Cumber, DO |
| Olanzapine 10mg Inj | 10MG | | 2/27/2014 | 2/27/2014 | | Tan Cao, MD |
| OLANZAPINE | 10MG | | 8/18/2014 | 8/18/2014 | | Linda Richo, ARNP |

| | | | | |
|---|---|---|---|---|
| OLANZAPINE | 10MG | 12/11/2014 | 12/11/2014 | OTHR | Sohail Khan, PA |
| OLANZAPINE | 10MG | 9/16/2014 | 9/16/2014 | | Tan Cao, MD |
| OLANZAPINE | 10MG | 8/15/2014 | 8/15/2014 | OTHR | Sohail Khan, PA |
| OLANZAPINE | 10MG | 12/29/2014 | 12/29/2014 | | Dana C Barnes, MD |
| OLANZAPINE | 10MG | 6/14/2014 | 6/14/2014 | | Kena Watkins-Brown, ARNP |
| OLANZAPINE | 10MG | 7/9/2014 | 7/9/2014 | | Tan Cao, MD |
| ZyPREXA 10mg IM Vial | 10MG | 1/6/2014 | 1/6/2014 | | Sohail Khan, PA |
| ZyPREXA 10mg IM Vial | 10MG | 1/7/2014 | | | Sohail Khan, PA |
| ZyPREXA 10mg IM Vial | 10MG | 1/11/2014 | 1/11/2014 | | Kena Watkins-Brown, ARNP |
| ZyPREXA 10mg IM Vial | 10MG | 3/16/2014 | 3/17/2014 | | Erika Ice, RN |
| ZyPREXA 10mg IM Vial | 10MG | 3/17/2014 | 3/17/2014 | | Sohail Khan, PA |
| ZyPREXA 10mg IM Vial | 10MG | 3/30/2014 | | | Kena Watkins-Brown, ARNP |
| ZyPREXA 10mg IM Vial | 10MG | 3/30/2014 | 3/30/2014 | | Kena Watkins-Brown, ARNP |

COJ_000243

| Employee | Emp No | Assign No | DOE | DOB | Assignment | Job |
|---|---|---|---|---|---|---|
| Bell, Kathleen Ruth | 69034 | 69034 | 01/19/10 | 05/31/66 | COHS: MENTAL HEALTH SERVICES | P0045.MENTAL HEALTH COUNSELOR |
| Engelskirch, Jeffrey John | 68690 | 68690 | 10/01/09 | 10/29/61 | COHS: MENTAL HEALTH SERVICES | P0045.MENTAL HEALTH COUNSELOR |
| Green, Katherine A | 68913 | 68913 | 12/14/09 | 02/25/72 | COHS: MENTAL HEALTH SERVICES | P0045.MENTAL HEALTH COUNSELOR |
| Higuchi, Rieko | 68685 | 68685 | 10/01/09 | 02/02/59 | COHS: MENTAL HEALTH SERVICES | P0045.MENTAL HEALTH COUNSELOR |
| Lemarque, Migdalia Quiles | 69111 | 69111 | 03/01/10 | 06/03/61 | COHS: MENTAL HEALTH SERVICES | P0045.MENTAL HEALTH COUNSELOR |
| Blount, Yolanda Denise | 68801 | 68801 | 10/01/09 | 11/27/63 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Cao, Tan Phuong | 72108 | 72108 | 09/04/12 | 10/23/45 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Craun, Michelle Murray | 69889 | 69889 | 08/07/10 | 09/11/70 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Garriga, Maria L | 69947 | 69947 | 09/04/10 | 12/18/53 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Graber, Heidi K | 73317 | 73317 | 07/18/13 | 10/30/81 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Jones, Carolyn Hillhouse | 68716 | 68716 | 10/01/09 | 02/26/55 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Jones, Deborah Adee | 72895 | 72895 | 06/05/13 | 12/08/52 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Kennison, Lynnette D | 69061 | 69061 | 02/01/10 | 05/03/52 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Lord, Tara Rae | 71248 | 71248 | 04/30/12 | 05/05/79 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |
| Smith, David C | 69561 | 69561 | 06/12/10 | 03/14/56 | COHS: MENTAL HEALTH SERVICES PART-TIME STAFF | OPOPF.PART TIME - NOT REP - PROFESSIONAL |

COJ_000244