| **Encounter** | | **04-18-2014 Fri 01:16 PM** |
|---|---|---|
| | **MRN# 775919**   **Gender: Male** | **DOB** |

**Dictation:** This is a 70 years old male, who is seen and evaluated for possible medication management, referred by MHC due to recent incident which occurred on 4/09/2014, leading to the need for ETO use with Haldol and Benadryl injection for " Acute Psychosis" ( see notes from the provider on 4/09/2014).
The patient is currently not taking any medication since that incident.
Recent encounter notes from other MH staffs are reviewed (4/09/14, 4/11/14, 4/16/14, 4/17/14).
The patient is interviewed in M2 with the presence of MHC , he appears calm, clean in I/M attire, with no shoes or sock. He maintains good eye contact throughout the encounter. He can communicate in English satisfactorily. He is cooperative with questions asked and polite to the writer, however at times he can become argumentative especially when questioned about history of mental illness which he totally denies. He may be noticed to have some prejudiced impressions about others who he calls as idiot, stupid. He admits sometime in his whole life he may feel a little depressed and thought about suicide but he never attempted " I am a Jehovah' s Witness " . He admits that he was admitted to Jamaica Hospital in Queens New York in the past because he went through tough time following her first wife's death and had financial hardship with foreclosure, and that he was forced to take some medication for about 7 days, but finally they stopped that medication because of his continued refusal. He only remember he did take Valium in the past during some surgery procedure.
He denies any hallucinations.
Otherwise, he denies any illegal drug use, except occasional use of marijuana in the past and occasional alcohol drinking with no complications.
He denies any mental illness in the family.
He denies any history of abuse in childhood.
He voluntarily discloses that he worry about the aneurysm he may suffer from what he learned from the recent visit in Memorial Hospital in Jacksonville, FL in November 2013.
Currently he only admits that he has poor sleep (only 1 hour/night), does not like the food here "like shit !" , not happy with the way he



is treated by CO ...

S:
" There are a lot of idiots in this world, and in here too. In Spanish, nothing wrong to call some as idiot since they really are ! Yes, I am not happy, but I am not psychotic, not depressed. I could not sleep well and I am losing weight too, because the food is terrible here. "

O:
Awake, alert, oriented (except unable to remember today date correctly: Thursday, April, 2014), aware President's name, place, person, DOB, correct age. Slightly psychomotor agitation but no distress is seen.
Memory seems to be intact.
He appears neat with clean, short hair, in clean I/M attire w/o shoes and sock " I am very cold" , some body odor can be smelled. He is cooperative except can be argumentative.
Speech is totally clear, coherent but with some persecutory ideation towards CO, authorities. No thought insertion or broadcasting is noted.
Mood is slightly upset but denies any depression, he appears anxious due to legal issue which he blames unfair to him. He strongly denies any suicidal or homicidal ideation.
He denies any hallucinations and no perceptual disturbances are noted.
He reports sleep as very poor and he has been losing weight due to untasteful food.
He appears trying to minimize the mental condition but is willing to take medication for sleep difficulty and for anxiety.

A:
Adjustment disorder with mixed disturbance of emotions and conduct.
Remote alcohol/cannabis use.

P "
1- Start Trazodone 50 mg HS for anxiety and to promote sleep.
2- Continue to follow up with MH staff





|  |  |
|---|---|
|  | 3- Will review mental records from previous psychiatric admissions when available.<br>Benefits versus side effects of Trazodone are explained in lay terms, he understands and agrees.<br><br>Electronic Signature:<br>Electronically signed and locked by Tan Cao, MD on 04-18-2014 01:17:11 PM (Type: Lock Timeline Entry) |
| **Vitals:** |  |
| **Condition Related To:** |  |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** |  |
| **Procedures:** |  |
| **Providers:** | Attending Provider: Cao, Tan, PTDF ID: |



| Encounter | | | 04-18-2014 Fri 01:15 PM |
|---|---|---|---|
| | MRN# 775919 | Gender: Male | DOB |
| Dictation: | Electronic Signature:<br>Electronically signed and locked by Tan Cao, MD on 04-18-2014 01:16:15 PM (Type: Lock Timeline Entry) | | |
| Vitals: | | | |
| Condition Related To: | | | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: | | |
| Diagnosis: | | | |
| Procedures: | | | |
| Providers: | Attending Provider: Cao, Tan, PTDF ID: | | |


COJ 000015