**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEBORAH JONES, an Individual,

Plaintiff,

v. Case No. 3:15-cv-01410-J-34JRK

THE CITY OF JACKSONVILLE,

Defendant.
_______________________________________/

**JOINT NOTICE TO THE COURT**

Plaintiff, DEBORAH JONES ("Plaintiff" or "Jones"), and Defendant, CITY OF JACKSONVILLE (the "City" or "Defendant"), by and through the undersigned counsel, hereby jointly notify the Court as follows:

(1) The parties wish to make further efforts to settle this case through mediation. The mediator the parties have chosen is Michael Coulson, Esq., 320 First Street North, Suite 708, Jacksonville Beach, FL 32250, telephone: (904) 296-9919.

(2) The parties do not consent to having the case tried by a Magistrate Judge if mediation is not successful. Therefore, the parties respectfully request that the Court continue the trial to the February 2018 trial term and reschedule the final pretrial conference, currently scheduled for October 23, 2017, and the other pretrial deadlines in this case.

Dated: October 11, 2017

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ Jim D'Andrea
Jim D'Andrea, Esq.
Florida Bar No. 932401
3127 Atlantic Boulevard
Jacksonville, Florida 32207
(904) 346-3800

**DELEGAL LAW OFFICES**
"Tad" Delegal, III, Esq.
Florida Bar No.: 0892701
424 East Monroe Street
Jacksonville, FL 32202
Telephone No.: (904) 633-5000
Facsimile No.: (904) 358-2850
Email: tad@delegal.net
Attorneys for Plaintiff

**JASON R. GABRIEL**
**GENERAL COUNSEL**

/s/Wendy E. Byndloss
**WENDY E. BYNDLOSS**
Assistant General Counsel
Florida Bar No. 0048718
WByndloss@coj.net
**GABRIELLA YOUNG**
Assistant General Counsel
Florida Bar No. 0183709
GcYoung@coj.net
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
Attorneys for Defendant
