UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH JONES, an individual,

    Plaintiff,

vs.                                  CASE NO.: 3:15-cv-01410-J-34JRK

THE CITY OF JACKSONVILLE,

    Defendant.

_____

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on **OCTOBER 23, 2017**, and the results of that conference are indicated below:

**(a)** The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    [✓] All individual parties and their respective trial counsel.

    [ ] Designated corporate representatives.

    [✓] Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and/or claims professional failed to appear and/or participate as ordered:

_____
_____
_____
_____.

(c)  The outcome of the mediation conference was:

✓  **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08.

_____  **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

_____  **The conference was continued** with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences.

_____  **The parties have reached an impasse**.

DONE this __23__ day of October, 2017, in Jacksonville Beach, Duval County, Florida.

RESPECTFULLY SUBMITTED,

_Michael I. Coulson_
MICHAEL I. COULSON - **Mediator**
Certification No: 5891 R
320 North First Street, Suite 708
Jacksonville Beach, FL  32250
(904) 296-9919
(904) 296-8323 - Fax
mcoulson@smithcoulson.com

## Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing this __23__ day of October, 2017.

Tad Delegal, Esquire
James Poindexter, Esquire
Delegal Law Offices
424 East Monroe Street
Jacksonville, FL 32202
Attorneys for **Plaintiff**

James L. D'Andrea, Esquire
Milton, Leach, Whiteman, D'Andrea & Eslinger, PA
3127 Atlantic Boulevard
Jacksonville, Fl 32207
Attorneys for Plaintiff

Wendy E. Byndloss, Esquire
Gabriella Young, Esquire
Office of General Counsel - City of Jacksonville
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
Attorneys for **Defendant**

_____
Mediator