**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEBORAH JONES,

       Plaintiff,

v.                                                          Case No.   3:15-cv-1410-J-34JRK

THE CITY OF JACKSONVILLE,

       Defendant.

_____

<u>**O R D E R**</u>

    **THIS CAUSE** is before the Court on the Mediation Disposition Report (Dkt. No. 63; Report) filed on October 23, 2017.   In the Report, the mediator advises the Court that this case has been completely settled.   <u>See</u> Report at 2.   Accordingly, it is hereby

    **ORDERED:**

1.    The parties shall have until **December 22, 2017**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for additional time by the **December 22, 2017**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.    The final pretrial conference scheduled for January 22, 2018, is cancelled, and this case is removed from the February 2018, trial term.

4.      The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of October, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record