UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH JONES, an individual,

      Plaintiff,

vs.                                    Case No.: 3:15-CV-01410-J-34JRK

THE CITY OF JACKSONVILLE, a municipal
corporation in the State of Florida,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through undersigned counsel, and stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the case captioned above has been resolved and be should dismissed with prejudice.

RESPECTFULLY SUBMITTED this 21st day of December, 2017.

| | |
|---|---|
| /s/ T.A. "Tad" Delegal, III | /s/ Wendy E. Byndloss |
| T.A. Delegal, III, B.C.S. | Wendy E. Byndloss |
| Florida Bar No. 0892701 | Florida Bar No. 0048718 |
| tad@delegal.net | WByndloss@coj.net |
| James C. Poindexter | ASSISTANT GENERAL COUNSEL |
| Florida Bar No. 0116039 | Gabriella Young |
| james@delegal.net | Florida Bar No. 0183709 |
| DELEGAL LAW OFFICES, P.A. | GYoung@coj.net |
| 424 East Monroe Street | ASSISTANT GENERAL COUNSEL |
| Jacksonville, FL 32202 | OFFICE OF GENERAL COUNSEL |
| Phone (904) 633-5000 | 117 West Duval Street, Suite 480 |
| Facsimile (904) 358-2850 | Jacksonville, Florida 32202 |
| | (904)630-1700 - Telephone |
| *And* | (904)630-1316 - Facsimile |
| | *Attorneys for Defendant, City of* |
| James L. D'Andrea | *Jacksonville* |
| Florida Bar No. 932401 | |
| jdandrea@miltonleach.com | |
| MILTON, LEACH, WHITMAN, | |

D'ANDREA & ESLINGER, P.A.
3127 Atlantic Boulevard
Jacksonville, Florida 32207
(904) 346-3800 – Telephone
(904) 346-3692 – Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 21, 2017 I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

            /s/ Tad Delegal
            Attorney